IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 3 2009

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES OF AMERICA

VS.                                4:09CR000264 JLH

NAIM OMARI PAGE

## ORDER

The Government has petitioned the Court for a writ of habeas corpus ad prosequendum. The Petition, attached as Exhibit A to this Order, contains an error that renders it unexecutable.[1]

Because of the error in the Petition, a writ cannot be issued. The Government must submit an accurate, error-free Petition if a writ is to be issued by this Court.

IT IS SO ORDERED this 3rd day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's December 22, 2009 plea and arraignment will be before the undersigned United States Magistrate Judge, rather than United States District Judge J. Leon Holmes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:09CR00264 JLH |
| | ) | |
| Naim Omari Page | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Robert Govar, Assistant United States Attorney, respectfully shows to the Court that **Naim Omari Page**, is now confined in the Arizona Department of Corrections, Marana CCTF, Marana, Arizona, in the custody of the Warden.

That a plea and arraignment is set for said defendant in the United States District Court, styled and numbered above, for December 22, 2009, at 2:00 p.m. before the Honorable J. Leon Holmes.  WHEREFORE, petitioner United States of America prays that a writ of habeas corpus ad prosequendum issue from this Court to the United States Marshal, Eastern District of Arkansas, and the Warden, requiring them, or either of them, to produce the body of Naim Omari Page before the Honorable J. Leon Holmes on the 22nd day of December, 2009, and that after the proceedings have been concluded that the defendant be returned to the custody of the Warden.

Respectfully submitted,

JANE W. DUKE
United States Attorney

*Robert J. Govar*

Robert Govar
Assistant U. S. Attorney
Bar # 76043
P.O. Box 1229
Little Rock, AR  72203
(501) 340-2600
Anne.Gardner2@usdoj.gov


So ordered this _____ day of December, 2009.

_____
J. Thomas Ray
United States Magistrate Judge

2